# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>    Plaintiff,<br><br>    v.<br><br>B. NIX, et al.,<br><br>    Defendants. | Case No. 1:12-cv-00392-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (1) FOR SERVICE OF COGNIZABLE MEDICAL INDIFFERENCE CLAIM IN SECOND AMENDED COMPLAINT AGAINST DEFENDANTS AVERY AND AKANNO, and (2) DISMISSING DEFENDANT PHILPOD**<br><br>**(ECF No. 18)**<br><br>**PLAINTIFF TO COMPLETE AND RETURN SERVICE DOCUMENTS WITHIN THIRTY DAYS** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on March 15, 2012 pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

    On August 30, 2013, the Magistrate Judge issued findings and recommendations for service of the second amended complaint on the cognizable medical indifference claim against Defendants Akanno and Avery and that Defendant Philpod be dismissed from this action. (ECF No. 18.) Any objection to the findings and recommendations was due by

September 17, 2013. (Id.) The September 17, 2013 deadline passed without Plaintiff filing objections or otherwise responding to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on August 30, 2013 (ECF No. 18) in full;

2. Plaintiff shall proceed on the second amended complaint Eighth Amendment medical indifference claim for damages against Defendants Avery and Akanno;

3. All other claims asserted in the second amended complaint and Defendant Philpod shall be dismissed with prejudice;

4. Service shall be initiated on the following Defendants:

   AKANNO, Medical Doctor at Kern Valley State Prison;

   AVERY, Medical Doctor at Kern Valley State Prison;

5. The Clerk of the Court is directed to send Plaintiff two (2) USM-285 forms, two (2) summons, a notice of submission of documents form, an instruction sheet and a copy of the second amended complaint filed August 7, 2013;

6. Within thirty (30) days from service of this order Plaintiff shall complete and return to the Court the notice of submission of documents along with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each Defendant listed above; and

   c. Three (3) copies of the endorsed second amended complaint filed

1 August 7, 2013; and

7. Upon receipt of the above-described documents, the Court shall direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

8.

9.

IT IS SO ORDERED.

Dated:   **September 23, 2013**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

11.
12.