# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>        Plaintiff,<br><br>        v.<br><br>B. NIX, et al.,<br><br>        Defendants. | Case No. 1:12-cv-00392-LJO-MJS (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE**<br><br>**(ECF No. 47)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter proceeds on a medical indifference claim against Defendants Akanno and Avery.

Before the Court is Defendants' August 11, 2014 Request to Conduct Plaintiff's Deposition by Videoconference pursuant to Federal Rule of Civil Procedure 30(b)(4).

Good cause having been shown, Defendants' Request (ECF No. 47) is HEREBY GRANTED, provided that nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.

Dated:   August 13, 2014              /s/ *Michael J. Seng*
                                                                            UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28