UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>  Plaintiff,<br><br>  v.<br><br>B. NIX, et al.,<br><br>  Defendants. | Case No. 1:12-cv-00392-LJO-MJS (PC)<br><br>**ORDER TO FACILITATE TELEPHONE CALL**<br><br>**CLERK TO SERVE ORDER ON WARDEN AND ATTORNEYS DOUGLAS GORDON AND AIDA MACEDO** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action brought pursuant to 42 U.S.C. § 1983. His case has been referred to the court's pro bono program for the assignment of voluntary assistance of counsel. Attorneys Douglas Gordon and Aida Macedo have been selected from the court's pro bono panel to represent plaintiff in this case. Mr. Gordon and Ms. Macedo have informed the court that they must speak with plaintiff prior to accepting the appointment. By this order, the court directs the Warden and the correctional staff at California State Prison, Corcoran (COR) to facilitate a confidential telephone call between counsel and inmate Colin M. Randolph (T-27441).

In accordance with the above, IT IS HEREBY ORDERED:

1

1. The Warden, Litigation Coordinator, and other correctional staff as needed at COR, shall facilitate a confidential telephone call between Colin M. Randolph and attorneys Douglas Gordon and Aida Macedo.

2. The confidential telephone call shall be placed on **Wednesday, February 10, 2016**, to begin at **10:00 a.m**. and shall continue, without interruption, for a maximum of 60 minutes or until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Mr. Gordon and Ms. Macedo at (559) 486-5200.

3. The telephone conversation shall be a confidential communication between attorney and prospective client and conducted so as not to be overheard by correctional staff or others.  Correctional staff, however, may keep inmate Randolph under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of COR, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (559) 992-7372 and email on the Warden and Litigation Coordinator at COR and by email on attorneys Douglas Gordon and Aida Macedo.

IT IS SO ORDERED.

Dated:   January 27, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2