1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>Plaintiff,<br><br>v.<br><br>B. NIX, et al.,<br><br>Defendants. | Case No. 1:12-cv-00392-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**<br><br>**(ECF No. 93)**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On February 2, 2016, the Magistrate Judge issued findings and recommendations to deny Plaintiff's motions for leave to file a supplemental complaint. (ECF No. 93.) On February 10, 2016, Plaintiff filed purported objections, in which he requested permission to withdraw his proposed complaint "without prejudice." (ECF No. 95.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

Court finds the findings and recommendations to be supported by the record and by proper analysis. The purported objections do not raise an issue of fact or law under the findings and recommendations. Plaintiff provides no basis for denial of the motions without prejudice. Moreover, the deadline to amend pleadings has passed and the matter is ready to be set for trial.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations, filed February 2, 2016 (ECF No. 93), in full; and
2. Plaintiff's motions for leave to file a supplemental complaint (ECF Nos. 73 and 74) are DENIED.

IT IS SO ORDERED.

Dated: **February 12, 2016**          **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE