UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. NIX, et al.,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-00392-LJO-MJS (PC)<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The court finds that the appointment of counsel is warranted.  Douglas L. Gordon and Aida S. Macedo have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Douglas L. Gordon and Aida S. Macedo are appointed as counsel in the above entitled matter.
2. Local Rule 230(*l*) shall continue to apply to all motions filed in this matter.
3. Counsel is advised that this appointment is for the purpose of assisting Plaintiff with the preparation for trial and trial of this matter (to the extent counsel and Plaintiff may so agree). It is not for the purpose of seeking rescheduling or revisiting of matters already resolved.

1

4. The Court also notes that Plaintiff has filed an untimely motion for summary judgment and/or summary adjudication. (ECF No. 94.) Counsel may submit further briefing on the motion as provided for under Local Rule 230(*l*) or 28 U.S.C. § 636(b)(1).

5. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

6. The Clerk of the Court is directed to serve a copy of this order upon Douglas L. Gordon and Aida S. Macedo, Miles Sears & Eanni, 2844 Fresno St., Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   February 16, 2016          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE