1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    COLIN M. RANDOLPH,                    CASE NO. 1:12-cv-00392-LJO-MJS (PC)

12                    Plaintiff,            **ORDER DENYING REQUEST TO STAY**
                                            **PROCEEDINGS ON PLAINTIFF'S MOTION**
13           v.                             **FOR SUMMARY JUDGMENT**

14    B. NIX, et al.,                       **(ECF No. 95)**

15                    Defendants.

16

17

18           Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil

19    rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against

20    Defendant Akano on Plaintiff's Eighth Amendment medical indifference claim. (ECF No.

21    19.)

22           The dispositive motion deadline in this action expired on April 20, 2015. (ECF No.

23    42.) On February 4, 2016, Plaintiff filed a motion for summary judgment or summary

24    adjudication. (ECF No. 95.) On February 10, 2016, Plaintiff requested that proceedings

25    on this motion be stayed pending the Court's appointment of volunteer counsel.[1] Absent

26    Plaintiff's untimely motion for summary judgment, the matter otherwise is ready to be set

27    _____

28    [1] At the time of Plaintiff's request, the Court had arranged for Plaintiff to speak by phone with potential
      volunteer counsel. (ECF No. 92.) The Court has now, simultaneously with the instant order, issued an
      order appointing counsel.

for trial.

Plaintiff's request to stay will be denied. Counsel has been appointed for the purpose of assisting Plaintiff with preparation for trial and trial of this matter. Although counsel may assist Plaintiff with any further briefing of the motion as provided for under Local Rule 230(*l*) and 28 U.S.C. 636(b)(1), the appointment of counsel, standing alone, does not provide a sufficient basis to stay proceedings in this action. See Filtrol Corp. v. Kelleher, 467 F.2d 242, 244 (9th Cir. 1972) (citing factors to be considered in granting a stay). The Court previously determined that Plaintiff is able to file necessary motions, respond appropriately to Defendants' motions, articulate his claims with proper legal and evidentiary support, and adequately defend himself. Plaintiff has not demonstrated that a stay is necessary. Clinton v. Jones, 520 U.S. 681, 706 (1997).

Accordingly, Plaintiff's request to stay is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   February 16, 2016          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

2