UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>    Plaintiff,<br><br>    v.<br><br>B. NIX, et al.,<br><br>    Defendants. | CASE NO. 1:12-cv-00392-LJO-MJS (PC)<br><br>**ORDER**<br><br>**(1) DENYING MOTION FOR RECONSIDERATION AS MOOT (ECF No. 90);**<br><br>**(2) DENYING, WITHOUT PREJUDICE, REQUEST FOR SETTLEMENT CONFERENCE (ECF Nos. 90, 91);**<br><br>**(3) DENYING, WITHOUT PREJUDICE, REQUEST TO SET JURY TRIAL (ECF Nos. 90, 91);**<br><br>**(4) GRANTING REQUEST FOR STATUS UPDATE (ECF No. 91);**<br><br>**(5) DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT (ECF No. 91).** |

Plaintiff is a state prisoner proceeding in forma pauperis and, formerly, pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Akano on Plaintiff's Eighth Amendment medical indifference claim. (ECF No.

19.)

On November 2, 2015, the Court denied without prejudice Plaintiff's motion for appointment of counsel. (ECF No. 88). Plaintiff then submitted a request for reconsideration of that denial, along with a request that a second settlement conference be held[1] or, alternatively, that the matter be set for trial. (ECF No. 90.) Shortly thereafter, Plaintiff submitted another request for settlement conference and trial setting, along with a request for the status of his previously filed motion to amend the complaint and a request for the appointment of counsel. (ECF No. 91.)

While these requests were pending, Plaintiff's motion to amend was denied. (ECF Nos. 93 & 97.) In anticipation of the matter being set for trial, the Court arranged for potential volunteer counsel to speak with Plaintiff by phone. (ECF No. 92.) In the meantime, and although the deadline for filing dispositive motions has long passed, Plaintiff filed a motion for summary judgment and/or summary adjudication. (ECF No. 94.) Simultaneous with the filing of the instant order, the Court appointed volunteer counsel for Plaintiff.

Volunteer counsel has been appointed for Plaintiff. Accordingly, Plaintiff's motion for reconsideration (ECF No. 90) and motion for appointment of counsel (ECF No. 91) are HEREBY DENIED as moot.

Absent indications from defense counsel that further settlement negotiations might be productive, the Court will not refer the case for a second settlement conference. See Local Rule 271(b)(4). Plaintiff's requests for a second settlement conference (ECF Nos. 90, 91) are HEREBY DENIED without prejudice.

Plaintiff's requests to set a trial date (ECF No. 90, 91) are HEREBY DENIED without prejudice. The Court will set this matter for trial upon resolution of Plaintiff's motion for summary judgment.

---

[1] An initial settlement conference on November 4, 2015 was unsuccessful in resolving the dispute.

Plaintiff's request for an update on the status of his motion to amend (ECF No. 91) is HEREBY GRANTED. The motion to amend was denied on February 12, 2016. (ECF No. 97.)

IT IS SO ORDERED.

Dated: February 16, 2016          /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE