Janine K. Jeffery, Esq. CBN 112639
 Jjeffery@reilyjeffery.com
REILY & JEFFERY, INC.
5900 Canoga Avenue, Suite 350
Woodland Hills, CA 91367
Telephone:  (818) 350-6282
Fax No.:  (818) 350-6283

Attorneys for Defendant, J. Akanno

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. RANDOLPH,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>B. NIX, et al.,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-00392-LJO-MJS<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Good cause having been shown, this Court hereby approves the substitution of attorney filed by J. Akanno substituting Janine K. Jeffery of Reily & Jeffery, Inc., in place and instead of Jason Albert Braxton.

IT IS SO ORDERED.

Dated:　April 13, 2016　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*[PROPOSED]* ORDER GRANTING SUBSTITUTION OF ATTORNEY