UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| COLIN M. RANDOLPH,<br><br>  Plaintiff,<br><br>  v.<br><br>B. NIX, et al.,<br><br>  Defendants. | Case No. 1:12-cv-00392-LJO-MJS (PC)<br><br>**ORDER TO FACILITATE TELEPHONE CALL**<br><br>**CLERK TO SERVE ORDER BY FACSIMILE AND EMAIL ON WARDEN AND LITIGATION COORDINATOR AT KERN VALLEY STATE PRISON** |
|---|---|

Plaintiff is a state prisoner represented by court appointed counsel Douglas Gordon and Aida Macedo, and is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Communication between Ms. Macedo and her client is required for trial preparation. By this order, the court directs the Warden and the correctional staff at Kern Valley State Prison (KVSP) to facilitate a confidential telephone call between counsel and inmate Colin M. Randolph (T-27441).

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, Litigation Coordinator, and other correctional staff as needed at KVSP, shall facilitate a confidential telephone call between Colin M. Randolph and attorney Aida Macedo.

2. The confidential telephone call shall be placed on **Wednesday, May 4, 2016**,

1

to begin at **10:00 a.m**. and shall continue, without interruption, for a maximum of 60 minutes or until completed, whichever is earlier.  Correctional staff shall initiate the phone call by calling Ms. Macedo at (559) 486-5200.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others.  Correctional staff, however, may keep inmate Randolph under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of KVSP, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is ordered to serve this order by facsimile (661) 720-4949 and email on the Warden and Litigation Coordinator at KVSP.

IT IS SO ORDERED.

Dated:   April 28, 2016               /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

2